**Order entered June 7, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00051-CV

## TIOMBE JONES-ADEGBOYEGA AND EMMANUEL ADEGBOYEGA, Appellants

## V.

## KEVIN DEFRANG, HELMET STREET FAMILY TRUST, FOERCH FAMILY TRUST, JOZEF DAVID FOERCH, & BARBARA FOERCH, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-11117**

### ORDER

Before the Court is appellants' June 3, 2021 unopposed second motion for extension of time to file their brief. Appellants seeks a fifteen-day extension.

We **GRANT** the motion and **ORDER** the brief be filed no later than June 22, 2021.

/s/    BONNIE LEE GOLDSTEIN
       JUSTICE